**Electronically Filed
Intermediate Court of Appeals
28363
03-NOV-2010
09:07 AM**

NO. 28363

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ALLEN VIDAL, Claimant-Appellant,

vs.

STATE OF HAWAIʻI, DEPARTMENT OF TRANSPORTATION,
Employer-Appellee, Self-Insured.

---

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2005-407 (02-04-41062))

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, JJ.
and Circuit Judge Toʻotoʻo, assigned by reason of vacancy)

Upon consideration of Allen Vidal's papers requesting clarification from the supreme court of the intermediate court of appeals' April 9, 2008 memorandum opinion, it appears that we lack jurisdiction to issue such clarification. See HRS § 602-5 (Supp. 2009). Therefore,

IT IS HEREBY ORDERED that the request for clarification is dismissed.

DATED: Honolulu, Hawaiʻi, November 3, 2010.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Faʻauuga Toʻotoʻo

